# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOHN M. GORSKI                                              Case Number: 08-71234
        502 ATLANTIC DRIVE                    SSN-xxx-xx-1341
        POPLAR GROVE, IL  61065

                                                    Case filed on:        4/23/2008
                                                    Plan Confirmed on:
                                    U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $500.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ATTORNEY PAUL S. GODLEWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TSYS TOTAL DEBT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ANAMARIE GORSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN M. GORSKI | 0.00 | 0.00 | 70.36 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 70.36 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 16,969.73 | 15,000.00 | 0.00 | 400.00 |
| 002 | POPLAR GROVE STATE BANK | 6,000.00 | 6,000.00 | 0.00 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK | 13,199.01 | 13,199.01 | 0.00 | 0.00 |
|     | Total Secured | 36,168.74 | 34,199.01 | 0.00 | 400.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 1,969.73 | 0.00 | 0.00 |
| 005 | AMERIQUEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 1,711.40 | 1,711.40 | 0.00 | 0.00 |
| 008 | COTTONWOOD FINANCIAL | 1,121.11 | 1,121.11 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 376.14 | 376.14 | 0.00 | 0.00 |
| 011 | MARK DRUG & HOSPITAL SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 1,416.46 | 1,416.46 | 0.00 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 3,196.38 | 3,196.38 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 1,485.94 | 1,485.94 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 6,604.62 | 6,604.62 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 3,645.50 | 3,645.50 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 7,918.71 | 7,918.71 | 0.00 | 0.00 |
|     | Total Unsecured | 27,476.26 | 29,445.99 | 0.00 | 0.00 |
|     | Grand Total: | 63,645.00 | 63,645.00 | 70.36 | 400.00 |

Total Paid Claimant:        $470.36
Trustee Allowance:          $29.64
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                     /s/ Lydia S. Meyer
                                  Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan